United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DENISE SCHMIDT,                             No   C-05-0197 VRW

        Plaintiff                        ORDER

        v

CONTRA COSTA COUNTY, et al,

        Defendants.
_____/

        Plaintiff filed her complaint in this case on January 12, 2005. Doc #1 (Compl). Rather than answer, defendants all filed motions to dismiss plaintiff's complaint pursuant to FRCP 12(b)(6). Docs ##7, 12 (Def Mot). A hearing on defendants' motions is scheduled for June 16, 2005. Plaintiff, however, filed a first amended complaint (FAC) on April 26, 2005. Doc #14 (FAC).

        Rule 15(a) states that "a party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served * * *." The Ninth Circuit has made clear that "[a] motion to dismiss is not a responsive pleading within the

United States District Court
For the Northern District of California

meaning of Rule 15." <u>Crum v Circus Circus Enterprises</u>, 231 F3d 1129, 1130n3 (9th Cir 2000).

Because plaintiff has properly filed a FAC, defendants' motions to dismiss the original complaint are moot. Accordingly, the court TERMINATES defendants' motions (Docs ##7, 12). Finally, the court reminds defendants that, pursuant to FRCP 15(a), they must answer or otherwise plead in response to the FAC on or before May 10, 2005. The court will keep the June 16, 2005, hearing on calendar in the event defendants move to dismiss the FAC.

IT IS SO ORDERED.



VAUGHN R WALKER

United States District Chief Judge