United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DENISE SCHMIDT, | | No   C 05-0197 VRW |
| Plaintiff, | | ORDER |
| v | | |
| CONTRA COSTA COUNTY, et al, | | |
| Defendants. | / | |

On January 26, 2006, the court dismissed the first amended complaint filed by plaintiff Denise Schmidt. Doc #34. Schmidt moves for leave to file a second amended complaint. Doc #35. The remaining defendants in this action have filed a statement of non-opposition to Schmidt's motion. Doc #39.

//
//
//
//
//

1  **The hearing noticed for April 20, 2006 is VACATED.**
2  **Schmidt's motion for leave to file a second amended complaint is**
3  **GRANTED.   Schmidt's amended pleading shall be filed, if at all, on**
4  **or before May 1, 2006.**

6  **SO ORDERED.**

     _____
9  **VAUGHN R WALKER**
10 **United States District Chief Judge**

United States District Court
For the Northern District of California