GEOFFREY M. FAUST (State Bar No. 93738)
LAW OFFICES OF GEOFFREY M. FAUST
3300 Morgan Territory Road
P.O. Box 751
Clayton, California 94517
(925) 673-1988
FAX (925) 673-7191
Attorneys for Plaintiff
DENISE SCHMIDT

SILVANO B. MARCHESI (State Bar No. 42965)
MONIKA L. COOPER (State Bar No. 193729)
CONTRA COSTA COUNTY
651 Pine Street, 9th Floor
Martinez, California 94553
Attorneys for Defendant
CONTRA COSTA COUNTY

JOSEPH E. WILEY (State Bar No. 84154)
JOAN PUGH NEWMAN (State Bar No. 148562)
WILEY PRICE & RADULOVICH, LLP
1301 Marina Village Parkway, Suite 310
Alameda, California 94501
(510) 337-2810
FAX (510) 337-2811
Attorneys for Defendants
KEN TORRE, LAUREL BRADY,
THOMAS MADDOCK, LOIS HAIGHT,
And BARRY BASKIN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DENISE SCHMIDT,<br><br>    Plaintiff,<br><br>    v.<br><br>CONTRA COSTA COUNTY, JUDICIAL COUNCIL OF CALIFORNIA / ADMINISTRATIVE OFFICE OF THE COURTS, CONTRA COSTA COUNTY SUPERIOR COURT, LAUREL BRADY, THOMAS MADDOX, LOIS HAIGHT, and BARRY BASKIN,<br><br>    Defendants. | Case No. C-05-00197 VRW<br><br>STIPULATION AND ORDER REGARDING CASE MANAGEMENT CONFERENCE |

The United States Court of Appeals for the Ninth Circuit issued a Memorandum dated

1

January 21, 2009, reversing and remanding the above-captioned matter to the District Court for further proceedings. On February 4, 2009, Defendants-Appellees Ken Torre, Thomas Maddock, Laurel Brady, Lois Haight, and Barry Baskin filed a Petition for Panel Rehearing of that decision. Accordingly, the parties to the above-captioned matter, by and through their counsel of record, hereby stipulate and agree as follows:

That the Case Management Conference scheduled in this case for February 19, 2009 at 3:30 p.m. before the Honorable Vaughn R. Walker should be continued pending the decision of the Court of Appeals on Defendants' Petition.

Date: February __, 2009                LAW OFFICES OF GEOFFREY M. FAUST

                                       By: _____/s/_____
                                           GEOFFREY M. FAUST

                                       Attorney for Plaintiff
                                       DENISE SCHMIDT

Date: February __, 2009                CONTRA COSTA COUNTY

                                       By: _____/s/_____
                                           SILVANO B. MARCHESI
                                           MONIKA L. COOPER

                                       Attorneys for Defendant
                                       CONTRA COSTA COUNTY

Date: February __, 2009                WILEY PRICE & RADULOVICH, LLP

                                       By: _____/s/_____
                                           JOSEPH E. WILEY
                                           JOAN PUGH NEWMAN

                                       Attorneys for Defendants
                                       KEN TORRE, LAUREL BRADY, THOMAS
                                       MADDOCK, LOIS HAIGHT, and BARRY
                                       BASKIN

2

Wiley Price & Radulovich, LLP | Stipulation and Order Regarding Case Management Conference | Case No. C-05-00197 VRW E-Filing

**ORDER**

In accordance with the stipulation of the parties to this matter, and for good cause shown, IT IS HEREBY ORDERED that the Case Management Conference in this matter be continued pending the decision of the Court of Appeals on Defendants' Petition for Panel Rehearing of the January 21, 2009 Memorandum decision.

Date: February 11, 2009



Wiley Price & Radulovich, LLP

Stipulation and Order Regarding Case Management Conference

Case No. C-05-00197 VRW
E-Filing

# PROOF OF SERVICE

I am a citizen of the United States, employed in the County of Alameda, California, over the age of 18 years, and am not a party to the within-entitled action. My business address is 1301 Marina Village Parkway, Suite 310, Alameda, California 94501. On the date set forth below, I served the following document(s) by the method indicated below:

**STIPULATION AND ORDER REGARDING
CASE MANAGEMENT CONFERENCE**

☒ **First Class Mail** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Alameda, California addressed as set forth below pursuant to California Code of Civil Procedure §1013(a). I am readily familiar with the business practice at Wiley Price & Radulovich, LLP for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

| | |
|---|---|
| Mr. Geoffrey M. Faust<br>Law Offices of Geoffrey M. Faust<br>3300 Morgan Territory Road<br>P.O. Box 751<br>Clayton, CA 94517<br><br>Tel: (925) 673-1988<br>Fax: (925) 673-7191 | Silvano B. Marchesi<br>County Counsel<br>Monika L. Cooper<br>Deputy County Counsel<br>Contra Costa County<br>651 Pine Street, 9th Floor<br>Martinez, California 94553<br><br>Tel: (925) 335-1800 |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on February 9, 2009, at Alameda, California.

/s/
Magnolia D. Vinluan