JOSEPH E. WILEY (State Bar No. 84154)
JOAN PUGH NEWMAN (State Bar No. 148562)
WILEY PRICE & RADULOVICH, LLP
1301 Marina Village Parkway, Suite 310
Alameda, California 94501
(510) 337-2810
FAX (510) 337-2811

Attorneys for Defendants
KEN TORRE, LAUREL BRADY,
THOMAS MADDOCK, LOIS HAIGHT,
and BARRY BASKIN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DENISE SCHMIDT, | Case No. C-05-00197 VRW |
| Plaintiff, | [~~PROPOSED~~] ORDER EXTENDING TIME TO RESPOND TO PLAINTIFF'S REQUEST FOR PRODUCTION |
| v. | |
| CONTRA COSTA COUNTY, KEN TORRE, LAUREL BRADY, THOMAS MADDOCK, LOIS HAIGHT, and BARRY BASKIN, | |
| Defendants. | |

Wiley Price &
Radulovich, LLP

[Proposed] Order Extending Time to Respond to
Plaintiff's Request for Production

Case No. C-05-00197 VRW
E-Filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DENISE SCHMIDT,<br><br>    Plaintiff,<br><br>v.<br><br>CONTRA COSTA COUNTY, KEN TORRE, LAUREL BRADY, THOMAS MADDOCK, LOIS HAIGHT, and BARRY BASKIN,<br><br>    Defendants. | Case No. C-05-00197 VRW<br><br>ORDER EXTENDING TIME TO RESPOND TO PLAINITIFF'S REQUEST FOR PRODUCTION |

**<u>ORDER</u>**

IT IS HEREBY ORDERED that the deadline for the Court Defendants to respond to Plaintiff's Requests for Production of Documents is extended to February 4, 2010.

DATED: January 25, 2010

_____
Hon. Vaughn R. Walker
United States District Court Judge

GRANTED
Judge Vaughn R Walker

# PROOF OF SERVICE

I am a citizen of the United States, employed in the County of Alameda, California, over the age of 18 years, and am not a party to the within-entitled action. My business address is 1301 Marina Village Parkway, Suite 310, Alameda, California 94501. On the date set forth below, I served the following document(s) by the method indicated below:

**[PROPOSED] ORDER EXTENDING TIME TO RESPOND
TO PLAINTIFF'S REQUEST FOR PRODUCTION**

☒ **First Class Mail** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Alameda, California addressed as set forth below pursuant to California Code of Civil Procedure §1013(a). I am readily familiar with the business practice at Wiley Price & Radulovich, LLP for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

| | |
|---|---|
| Mr. Geoffrey M. Faust<br>Law Office of<br>P.O. Box 751<br>Clayton, California 94517<br><br>Tel: (925) 673-1988<br>Fax: (925) 673-7191 | Ms. Monika L. Cooper<br>County Counsel<br>Office of the County Counsel, Contra Costa<br>651 Pine Street, 9th Floor<br>Martinez, CA 94553<br>Tel: (925) 335-1880<br>Fax: (925) 335-1866 |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on January 21, 2010, at Alameda, California.

/s/
Magnolia D. Vinluan