1  GEOFFREY MARTIN FAUST (SBN 93738)
   LAW OFFICES OF GEOFFREY M. FAUST
2  P.O. Box 751
   Clayton, CA 94517
3  Tel: 925-673-1988
   Fax: 925-673-7191
4  gfaust@netvista.net
   Attorney for Plaintiff
5
   SHARON L. ANDERSON (SBN 94814)
6  County Counsel
   MONIKA L. COOPER (SBN 193729)
7  Deputy County Counsel
   COUNTY OF CONTRA COSTA
8  651 Pine Street, 9th Floor
   Martinez, California 94553
9  (925) 335-1800
   mcoop@cc.cccounty.us
10 Attorneys for Defendant
   CONTRA COSTA COUNTY
11
   JOSEPH E. WILEY (State Bar No. 84154)
12 SUZANNE I. PRICE (State Bar No. 120984)
   JOAN PUGH NEWMAN (State Bar No. 148562)
13 WILEY PRICE & RADULOVICH, LLP
   1301 Marina Village Parkway, Suite 310
14 Alameda, California 94501
   (510) 337-2810
15 FAX (510) 337-2811
   jpughnewman@wprlaw.com
16 Attorneys for Defendants
   KEN TORRE, LAUREL BRADY, LOIS HAIGHT
17 THOMAS MADDOCK, and BARRY BASKIN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DENISE SCHMIDT, | Case No. C-05-00197 VRW |
| Plaintiff, | UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT |
| v. | |
| CONTRA COSTA COUNTY, KEN TORRE, LAUREL BRADY, THOMAS MADDOX, LOIS HAIGHT, and BARRY BASKIN, | Date: January 21, 2010<br>Time: 3:30 p.m.<br>Crtrm.: 6, 17th Floor<br>Before: Honorable Vaughn R. Walker |
| Defendants. | |

Following is a report on the progress/status of this matter since the July 15, 2009 Case Management Conference ("CMC").

1. <u>Motions</u>:

The Court Defendants filed a 12(b)(6) motion as to Plaintiff's FAC. The motion was heard on October 1, 2009. The Court issued an Order on December 30, 2009 granting in part and denying in part the motion to dismiss (hereafter referred to the "December 2009 Order").

As a result of the December 2009 Order, the following of Plaintiff's claims have been dismissed as to the Court Defendants: 1) all claims predicated on the Court Defendants' involvement in promulgating the Policy; 2) the federal and state constitutional equal protection claims; 3) the federal and state constitutional due process claims; 4) the federal and state constitutional bill of attainder claims; and 5) the wrongful termination claim.

Plaintiff's claims against the Court Defendants that remain in this lawsuit following the December 2009 Order are: 1) the federal and state constitutional free speech claims; and 2) all claims that the application of the Policy to her was discriminatory or retaliatory.

Both the County and the Court Defendants plan to file motions for summary judgment or, in the alternative, partial summary adjudication of claims, as to the claims remaining in this lawsuit.

2. <u>Amendment of Pleadings</u>:

At the July 2009 CMC, Plaintiff elected to proceed with her FAC. The County answered the FAC on August 17, 2009. The Court Defendants filed a 12(b)(6) motion on August 17, 2009. The Court issued the December 2009 Order, as described above, granting in part and denying in part the motion. Plaintiff was not given leave to amend her FAC.

3. <u>Discovery</u>:

Plaintiff propounded document requests to all Defendants on August 26, 2009. The County Defendant timely responded and produced documents. Plaintiff and the County are currently conferring regarding this discovery.

The Court granted the Court Defendants' request to postpone responding to Plaintiff's discovery pending the Court's ruling on the 12(b)(6) motion. Court Defendants are in the process of responding to Plaintiff's discovery.

Plaintiff took the depositions of Contra Costa County Counsel Silvano Marchesi and Deputy County Counsel Mary Ann Mason on December 14, 2009.

No other discovery has been conducted.

4. Settlement and ADR:

The parties have not engaged in settlement discussions. The parties continue to believe that the assistance of a federal judge may facilitate ADR.

5. Scheduling:

At the July 2009 CMC, the Court ordered the following dates:

| | |
|---|---|
| Fact Discovery Cutoff: | 3/1/2010 |
| Dispositive Motions Hearing: | 4/15/2010 |
| Pretrial Conference: | 5/20/2010 |

No trial date set.

**Defendants' Position**:

In light of the recent December 2009 Order and the postponement of this Further CMC, the Court Defendants propose the above dates be rescheduled as follows:

| | | |
|---|---|---|
| Fact Discovery Cutoff: | ~~5/1/2010~~ | 6/1/2010 |
| Dispositive Motions Hearing: | ~~6/20/2010~~ | 6/24/2010 at 10:00 AM. |
| Pretrial Conference: | ~~8/20/2010~~ | 8/26/2010 at 3:30PM. |

No trial date set.

\\\
\\\
\\\
\\\
\\\
\\\

IT IS SO ORDERED
Judge Vaughn R Walker
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3

The Court Defendants request that no trial date be set at this point. Instead, the Court Defendants request that a further CMC be set following the Court's ruling on dispositive motions.

Date: January 12, 2010                                         LAW OFFICES OF GEOFFREY M. FAUST

By: /s/
GEOFFREY MARTIN FAUST
Attorney for Plaintiff

Date: January 12, 2010                                         CONTRA COSTA COUNTY

By: /s/
SHARON L. ANDERSON
County Counsel
MONIKA L. COOPER
Deputy County Counsel
Attorneys for Defendant
Contra Costa County

Date: January 12, 2010                                         WILEY PRICE & RADULOVICH, LLP

By: /s/
JOSEPH E. WILEY
SUZANNE I. PRICE
JOAN PUGH NEWMAN

Attorneys for Defendants
KEN TORRE, LAUREL BRADY, LOIS
HAIGHT, THOMAS MADDOCK, and BARRY
BASKIN