1   GEOFFREY MARTIN FAUST (SBN 93738)
    LAW OFFICES OF GEOFFREY M. FAUST
2   P.O. Box 751
    Clayton, CA 94517
3   Tel: 925-673-1988
    Fax: 925-673-7191
4   gfaust@netvista.net
    Attorney for Plaintiff
5
    SHARON L. ANDERSON (SBN 94814)
6   County Counsel
    MONIKA L. COOPER (SBN 193729)
7   Deputy County Counsel
    COUNTY OF CONTRA COSTA
8   651 Pine Street, 9th Floor
    Martinez, California 94553
9   (925) 335-1800
    mcoop@cc.cccounty.us
10  Attorneys for Defendant
    CONTRA COSTA COUNTY
11
    JOSEPH E. WILEY (State Bar No. 84154)
12  SUZANNE I. PRICE (State Bar No. 120984)
    JOAN PUGH NEWMAN (State Bar No. 148562)
13  WILEY PRICE & RADULOVICH, LLP
    1301 Marina Village Parkway, Suite 310
14  Alameda, California 94501
    (510) 337-2810
15  FAX (510) 337-2811
    jpughnewman@wprlaw.com
16  Attorneys for Defendants
    KEN TORRE, LAUREL BRADY, LOIS HAIGHT
17  THOMAS MADDOCK, and BARRY BASKIN

18              IN THE UNITED STATES DISTRICT COURT

19             FOR THE NORTHERN DISTRICT OF CALIFORNIA

20                    SAN FRANCISCO DIVISION

21

22  DENISE SCHMIDT,                    Case No. C-05-00197 VRW

23          Plaintiff,                 UPDATED JOINT CASE MANAGEMENT
                                       CONFERENCE STATEMENT
24      v.
                                       Date:    January 21, 2010
25  CONTRA COSTA COUNTY, KEN TORRE,    Time:    3:30 p.m.
    LAUREL BRADY, THOMAS MADDOX,       Crtrm.:  6, 17th Floor
26  LOIS HAIGHT, and BARRY BASKIN,     Before:  Honorable Vaughn R. Walker

27          Defendants.

28

                                       1

1   Following is a report on the progress/status of this matter since the July 15, 2009 Case

2   Management Conference ("CMC").

3   1.   Motions:

4   The Court Defendants filed a 12(b)(6) motion as to Plaintiff's FAC.  The motion was

5   heard on October 1, 2009.  The Court issued an Order on December 30, 2009 granting in part

6   and denying in part the motion to dismiss (hereafter referred to the "December 2009 Order").

7   As a result of the December 2009 Order, the following of Plaintiff's claims have been

8   dismissed as to the Court Defendants: 1) all claims predicated on the Court Defendants'

9   involvement in promulgating the Policy; 2) the federal and state constitutional equal protection

10   claims; 3) the federal and state constitutional due process claims; 4) the federal and state

11   constitutional bill of attainder claims; and 5) the wrongful termination claim.

12   Plaintiff's claims against the Court Defendants that remain in this lawsuit following the

13   December 2009 Order are:  1) the federal and state constitutional free speech claims; and 2) all

14   claims that the application of the Policy to her was discriminatory or retaliatory.

15   Both the County and the Court Defendants plan to file motions for summary judgment or,

16   in the alternative, partial summary adjudication of claims, as to the claims remaining in this

17   lawsuit.

18   2.   Amendment of Pleadings:

19   At the July 2009 CMC, Plaintiff elected to proceed with her FAC.  The County answered

20   the FAC on August 17, 2009.  The Court Defendants filed a 12(b)(6) motion on August 17,

21   2009.  The Court issued the December 2009 Order, as described above, granting in part and

22   denying in part the motion.  Plaintiff was not given leave to amend her FAC.

23   3.   Discovery:

24   Plaintiff propounded document requests to all Defendants on August 26, 2009.   The

25   County Defendant timely responded and produced documents.  Plaintiff and the County are

26   currently conferring regarding this discovery.

27

28

Wiley Price &
Radulovich, LLP

Updated Joint Case Management Conference Statement

Case No. C-05-00197 VRW
E-Filing

1    The Court granted the Court Defendants' request to postpone responding to Plaintiff's
2    discovery pending the Court's ruling on the 12(b)(6) motion.   Court Defendants are in the
3    process of responding to Plaintiff's discovery.

4    Plaintiff took the depositions of Contra Costa County Counsel Silvano Marchesi and
5    Deputy County Counsel Mary Ann Mason on December 14, 2009.

6    No other discovery has been conducted.

7    4.    Settlement and ADR:

8    The parties have not engaged in settlement discussions.   The parties continue to believe
9    that the assistance of a federal judge may facilitate ADR.

10   5.    Scheduling:

11   At the July 2009 CMC, the Court ordered the following dates:

12   Fact Discovery Cutoff:              3/1/2010
13   Dispositive Motions Hearing:        4/15/2010
14   Pretrial Conference:                5/20/2010
15   No trial date set.

16   **Defendants' Position**:

17   In light of the recent December 2009 Order and the postponement of this Further CMC,
18   the Court Defendants propose the above dates be rescheduled as follows:

19   Fact Discovery Cutoff:              ~~3/1/2010~~ 6/1/2010
20   Dispositive Motions Hearing:        ~~6/20/2010~~ 6/24/2010 at 10:00 AM.
21   Pretrial Conference:                ~~8/20/2010~~ 8/26/2010 at 3:30PM.
22   No trial date set.

23   \\\
24   \\\
25   \\\
26   \\\
27   \\\
28   \\\

IT IS SO ORDERED

Judge Vaughn R Walker

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Wiley Price & Radulovich, LLP

Updated Joint Case Management Conference Statement

Case No. C-05-00197 VRW
E-Filing

1    The Court Defendants request that no trial date be set at this point.  Instead, the Court

2    Defendants request that a further CMC be set following the Court's ruling on dispositive

3    motions.

4

5    Date:  January 12, 2010                          LAW OFFICES OF GEOFFREY M. FAUST

6

7                                                     By:_____/s/_____
                                                         GEOFFREY MARTIN FAUST
8                                                        Attorney for Plaintiff

9

10   Date:  January 12, 2010                          CONTRA COSTA COUNTY

11

12                                                    By:_____/s/_____
                                                         SHARON L. ANDERSON
13                                                       County Counsel
                                                         MONIKA L. COOPER
14                                                       Deputy County Counsel
                                                         Attorneys for Defendant
15                                                       Contra Costa County

16

17   Date:  January 12, 2010                          WILEY PRICE & RADULOVICH, LLP

18

19                                                    By:_____/s/_____
                                                         JOSEPH E. WILEY
20                                                       SUZANNE I. PRICE
                                                         JOAN PUGH NEWMAN

21
                                                         Attorneys for Defendants
22                                                       KEN TORRE, LAUREL BRADY, LOIS
                                                         HAIGHT, THOMAS MADDOCK, and BARRY
23                                                       BASKIN

24

25

26

27

28

4