1  GEOFFREY M. FAUST (State Bar No. 93738)
   LAW OFFICES OF GEOFFREY M. FAUST
2  300 Morgan Territory Road
   P.O. Box 751
3  Clayton, CA  94517
   (925) 673-1988
4  Attorneys for Plaintiff
   DENISE SCHMIDT
5

6  SHARON L. ANDERSON (SBN 94814)
   County Counsel
7  MONIKA L. COOPER (SBN 193729)
   Deputy County Counsel
8  COUNTY OF CONTRA COSTA
   651 Pine Street, 9th Floor
9  Martinez, California 94553
   (925) 335-1800
10 mcoop@cc.cccounty.us
   Attorneys for Defendant
11 CONTRA COSTA COUNTY

12
   JOSEPH E. WILEY (State Bar No. 84154)
13 JOAN PUGH NEWMAN (State Bar No. 148562)
   WILEY PRICE & RADULOVICH, LLP
14 1301 Marina Village Parkway, Suite 310
   Alameda, California 94501
15 (510) 337-2810
   FAX (510) 337-2811
16 Attorneys for Defendants
   KEN TORRE, LAUREL BRADY,
17 THOMAS MADDOCK, LOIS HAIGHT,
   and BARRY BASKIN

18

19                IN THE UNITED STATES DISTRICT COURT

20                FOR THE NORTHERN DISTRICT OF CALIFORNIA

21                         SAN FRANCISCO DIVISION

22 | DENISE SCHMIDT,                          | Case No. C-05-00197 VRW
23 |         Plaintiff,                       | STIPULATION AND [~~PROPOSED~~] ORDER
                                              | TO RESCHEDULE THE DISPOSITIVE
24 |    v.                                    | MOTION HEARING DATE
25 | CONTRA COSTA COUNTY, KEN TORRE,
   | THOMAS MADDOCK, LAUREL BRADY,
26 | LOIS HAIGHT, and BARRY BASKIN,
27 |         Defendants.

28

1

1  IT IS HEREBY STIPULATED AND AGREED by Plaintiff Denise Schmidt and
2  Defendants Contra Costa County and Ken Torre, Laurel Brady, Thomas Maddock, Lois Haight,
3  and Barry Baskin, through their respective counsel of record, that the dispositive motion hearing
4  date be rescheduled to ~~July 29, 2010~~ AUGUST 5, at 10:00 a.m.
5  ..

Date: April 1, 2010                                    LAW OFFICES OF GEOFFREY M. FAUST

                                                       By:_____/s/_____
                                                              GEOFFREY M. FAUST

                                                       Attorney for Plaintiff
                                                       DENISE SCHDMIT


Date: April 5, 2010                                    CONTRA COSTA COUNTY

                                                       By:_____/s/_____
                                                              SHARON L. ANDERSON
                                                              County Counsel
                                                              MONIKA L. COOPER
                                                              Deputy County Counsel
                                                       Attorneys for Defendant
                                                       Contra Costa County


Date: April 5, 2010                                    WILEY PRICE & RADULOVICH, LLP

                                                       By:_____/s/_____
                                                              JOSEPH E. WILEY
                                                              JOAN PUGH NEWMAN

                                                       Attorneys for Defendants
                                                       KEN TORRE, THOMAS MADDOCK, LAUREL
                                                       BRADY, LOIS HAIGHT, AND
                                                       BARRY BASKIN


**ORDER**

IT IS SO ORDERED.

Dated: __April 13, 2010__                              _____/s/ Judge Vaughn R Walker_____
                                                       THE HON. VAUGHN R. WALKER
                                                       CHIEF JUDGE
                                                       UNITED STATES DISTRICT COURT