UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| DENISE SCHMIDT,<br><br>        Plaintiff,<br>   v.<br>CONTRA COSTA COUNTY, et al.,<br><br>        Defendant(s).<br>_____/ | No. C 05-0197 VRW (MEJ)<br><br>**ORDER FOR PARTIES TO MEET AND CONFER** |

The Court is in receipt of Plaintiff's letter, filed June 10, 2010.  In her request, Plaintiff state that counsel has failed to comply with discovery obligations.  Pursuant to the undersigned's discovery standing order, as to any discovery dispute, the parties must meet and confer in person and, if unable to resolve the dispute, file a joint letter.  As it appears that the parties have been unable to comply with the standing order, the Court hereby ORDERS the parties to meet and confer in person.  Defendants shall provide Plaintiff a list by June 22, 2010 with five available dates and times for the meet and confer session.  The five available dates must be prior to July 2, 2010.

**IT IS SO ORDERED.**

Dated: June 15, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge