# UNITED STATES DISTRICT COURT

## Northern District of California

DENISE SCHMIDT,

        Plaintiff,

  v.

CONTRA COSTA COUNTY, KEN TORRE, THOMAS MADDOCK, LAUREL BRADY, LOIS HAIGHT, and BARRY BASKIN,

        Defendants.

_____/

No. C 05-197 VRW (MEJ)

**ORDER RE CONTRA COSTA SUPERIOR COURT SUBPOENA (DKT. #170)**

The Court is in receipt of Plaintiff's letter regarding a subpoena she served on the Contra Costa Superior Court. (Dkt. #170.) In her letter, Plaintiff states that the superior court has refused to comply with the subpoena request for documents and asks that the Court set a briefing and hearing schedule for a motion to compel. Plaintiff states that the undersigned magistrate judge previously ruled that the discovery cut-off date "would not be an obstacle" in seeking records past the cut-off date set by the Honorable Vaughn R. Walker, the presiding judge in this matter. Plaintiff refers to a previous order denying her request to compel Defendant Ken Torre to produce documents from the superior court. (Dkt. #127.) In that order, the Court ruled that Plaintiff had failed to show that an individual defendant is required to obtain documents from the superior court, and that the proper procedure for obtaining the records is to subpoena the documents directly from the court. However, the order did not grant Plaintiff permission to seek discovery past the cut-off date. As such a request is a case management issue, Plaintiff must seek leave from Judge Walker. Accordingly, Plaintiff's request is denied without prejudice.

**IT IS SO ORDERED.**

Dated: July 29, 2010

                                                        _____
                                                        Maria-Elena James
                                                      Chief United States Magistrate Judge